# Exhibit 3-1

CV2414293
3/8/2024 3:09 PM
Lisa Pitre
District Clerk
Sabine County, Texas
By Skye Jackson

Cause No. **CV2414293**

| Robert Frazier | § | In the _____ Judicial |
|---|---|---|
| | § | |
| V. | § | District Court of |
| | § | |
| The Independent Order Of Forresters | § | Sabine County, Texas |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES **Robert Frazier** (184 / 424) (hereinafter Plaintiff) complaining of and about **The Independent Order Of Forresters** (hereinafter Defendant) and for cause of action shows unto the Court the following:

### JURISDICTION and VENUE

1.      The subject matter in controversy is within the jurisdictional limits of this court in that Plaintiff seeks recovery of $100,000.00 but less than $250,000.00.

2.      Pursuant to Texas Civil Practice & Remedies Code §15.032, venue in Sabine County is proper in this cause in that it is where the insured resides.

### SERVICE

3.      Defendant **The Independent Order Of Forresters** is an insurance company, doing business in the State of Texas.  Said Defendant can be served through its attorney for service:

Corporation Creations Network, Inc., 5444 Westheimer Rd., Suite 1000, Houston, TX 77056-5318

### AGENCY AND VICARIOUS LIABILITY

4.      Whenever in this Petition it is alleged that Defendant did any act or thing or omission, it is meant that Defendant, its officers, agents, employees, or representatives did such act or thing or omission and that at the time such act or thing was done, it was done with the full authorization or ratification of

Copy from re:SearchTX

Defendant or was done in the normal and routine course and scope of employment of Defendant, its officers, agents, employees, or representatives.

**WRITTEN NOTICE GIVEN**

5.      Plaintiff has fully complied with all of the conditions precedent prior to bringing this suit.

6.      This lawsuit is being filed at least 61 days after Defendant was given a demand to pay the claim.

**FACTS**

7.      On July 22, 2022, Terry Denise Williams (Terry) had a life insurance policy with Defendant, policy number 9205383.

8.      At all times relevant to this lawsuit, the policy was in full force and effect.

9.      Plaintiff is the nephew of and beneficiary of the policy insuring Terry.

10.     On July 22, 2022, Terry was killed in an automobile accident wherein she was a passenger in an automobile.

11.     Plaintiff made a claim for benefits and fully cooperated with Defendant's investigation of the claim.

12.     The application for life insurance was made on July 6, 2021.

13.     In a letter dated May 2, 2023, Defendant denied Plaintiff's claim for benefits based on the assertion that Terry had been untruthful to seven questions in her application for insurance.  (See **Exhibit A**: **the Denial Letter**, attached and incorporated herein for all purposes as if verbatim)

14.     Any alleged misrepresentations Defendant asserts were made by Terry were either not made, or not made intentionally.

15.     Question 2 of the life insurance application asks whether the applicant had smoked or used tobacco products in the previous 12 months.  While the medical records show that Terry had a "history" of smoking, she had quit smoking long before the application was completed.

16.     The application shows Terry was open and truthful about her medical conditions and even had to fill out additional "overflow" forms as part of the application because she was open about her medical

Copy from re:SearchTX

conditions.  (See **Exhibit B: the application**, attached and incorporated herein for all purposes as if verbatim.)

17.    Terry disclosed plenty of medical conditions and provided Defendant with the name, address, and phone number of her doctor.

18.    An agent of Defendant helped Terry fill out the application for life insurance and then the agent told Terry how to sign the application.

19.    Apparently, the agent who helped Terry with the application failed to correctly check some of the questions regarding Terry's health.

20.    Terry was not ever licensed to sell life insurance and would have relied on the assistance of Defendant's representatives in filling out the application.

## VIOLATIONS OF THE TEXAS INSURANCE CODE

21.    Plaintiff incorporates herein all the FACTS as set forth above.

22.    Defendant's conduct in this matter appears to be in violation of numerous laws, including but not limited to Texas Insurance Code (TIC), as follows:

  a.  TIC, §541.060(a)(7):    Defendant violated this section by refusing to pay a claim without conducting a reasonable investigation with respect to the claim in that a reasonable investigation would show that Terry was honest as she could be in response to the questions asked of her on the life insurance application.

## BREACH OF CONTRACT

23.    Plaintiff incorporates herein all the FACTS as set forth above.

24.    Defendant's conduct in this matter appears to be in Breach of Contract.

25.    There is a valid, enforceable contract of insurance between Plaintiff as the policy beneficiary and Defendant.

26.    Plaintiff is a proper party to bring this lawsuit against Defendant.

Copy from re:SearchTX

27.    Plaintiff has performed under the contract by paying premiums and cooperating with the investigation and supplying necessary information.

28.    Defendant breached the contract by not providing benefits.

29.    The breach of the contract has caused injury to Plaintiff.

**PROMPT PAYMENT OF CLAIMS ACT**

30.    Plaintiff incorporates herein all the FACTS as set forth above.

31.    Defendant had all the information needed to pay Plaintiff's claim on or before November 2020. As a result, this claim should have been accepted and paid by November 16, 2020.

32.    Defendant's conduct in this matter appears to be in violation of Prompt Payment, as follows:

a.    PPCA §542.058(a):    Defendant violated this section in that except as otherwise provided, if an insurer, after receiving all items, statements, and forms reasonably requested and required under §542.055, delays payment of the claim for a period exceeding the period specified by other applicable statutes or, if other statutes do not specify a period, for more than 60 days, the insurer shall pay damages and other items as provided by §542.060.

**DAMAGES**

33.    Plaintiff incorporates herein all the FACTS as set forth above.

34.    Plaintiff sustained the following economic and actual damages as a result of the actions and/or omissions of Defendant described herein:

a)    Actual contract damages

b)    Exemplary damages due to the knowing and intentional conduct on the part of Defendant.

c)    $????.?? – penalty at 18% on actual contract damages, from May 2, 2023, until paid.

**USE OF DOCUMENTS**

35.    NOTICE pursuant to Rule §196, you are hereby given Notice that all documents produced by you in response to this Request for Production may be used at the trial of this cause pursuant to Rule 196, Texas Rules of Civil Procedure.

Copy from re:SearchTX

36.     Pursuant to Rule §193.7 of the Texas Rules of Civil Procedure, Plaintiff hereby gives notice to the Defendant that Plaintiff intends to use all documents exchanged and produced between the parties (including, but not limited to, correspondence, pleadings, records, and discovery responses) during the trial of this matter.

## ATTORNEY'S FEES

37.     Request is made for all costs and reasonable and necessary attorney's fees incurred by or on behalf of Plaintiff herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just, as provided by:  (a) §541.152(a)(1), of the Texas Insurance Code; (b) Chapter 38 of the Texas Civil Practice and Remedies Code; and, (c) common law.

## PRE-JUDGMENT and POST JUDGMENT INTEREST

38.     As a result of the injuries sustained by Plaintiff as aforesaid and in addition to such damages, Plaintiff will show that Plaintiff is entitled to pre-judgment interest on each separate element of damages as awarded by the jury during the trial of this case, from and after the date of accrual of such damages, through the date of judgment, such interest to accrue at the highest prevailing rate then applicable on the date of judgment.

39.     Further, Plaintiff will show that Plaintiff is entitled to post-judgment interest on damages awarded by the jury during the trial of this case, from and after the date of judgment, such interest to accrue at the highest prevailing rate then applicable until paid in full.

## COSTS OF SUIT

40.     In addition, Plaintiff seeks all related costs of suit in this cause of action through the trial, post-trial, appeal, and/or post-judgment discovery, etc. of this matter.

41.     Wherefore, Plaintiff seeks reimbursement of court costs incurred in the trial of this case and thereafter.

Copy from re:SearchTX

**REQUEST FOR JURY TRIAL**

42.     Plaintiff respectfully requests that a Jury be impaneled on final hearing of this cause of action.

**PRAYER**

43.     **WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that the Defendant be cited

to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the

Plaintiff against Defendant for and such other and further relief to which the Plaintiff may be entitled at law

or in equity, whether pled or unpled.

SIGNED on March 8, 2024.

Respectfully submitted,

/s/      Mark S. Humphreys
Mark S. Humphreys   - SBOT #00789762

MARK S. HUMPHREYS, P.C.
211 South Rusk Street, Weatherford, TX 76086
Tel.  (972) 263-3722     *     Fax.  (972) 237-1690
Email:   texaslaw94@yahoo.com
**Attorney For Plaintiff**

Copy from re:SearchTX

# EXHIBIT A

Copy from re:SearchTX



P.O. Box 179
Buffalo, NY 14201–0179

T 800 828 1540
F 877 329 4631

foresters.com

May 2, 2023

Robert Joseph Frazier
815 Scrappin Valley Road
Hemphill, TX 75948

Certificate Number: 9205383
Decedent Name: Terry D. Williams

Dear Mr. Frazier:

We have completed our review of the information received with respect to your claim for benefits, under the above life insurance certificate, arising from the unfortunate passing of Terry D. Williams.

The Application for Individual Life Insurance (Application) was electronically signed and dated on July 6, 2021. On July 6, 2021, Terry D. Williams also electronically signed and dated a Diabetes Questionnaire (Questionnaire). The certificate was issued on July 13, 2021 with an effective date of July 13, 2021. Foresters relied on the answers provided by Terry D. Williams at the time the Application and Questionnaire were completed. Because the date of death occurred within two years of the effective date, the certificate was contestable.

Additionally, when completing the Application Terry D. Williams signed under the Declarations and Agreements section which states, in part, as follows:

> *"I, as evidenced by my signature(s) in this Application, declare that: 1) I have reviewed the Application. 2) I was asked every question that applies to me and provided the answers shown, in this Application, to these questions. 3) The statements, answers, and representations contained in this Application are full, complete and true, to the best of my knowledge and belief.*
>
> *...*
>
> *I understand and agree that:*
>
> *...*
>
> *4) The answers, statements and representations contained in this Application will influence the assessment and acceptance of this Application by Foresters. 5) A material misrepresentation, or untrue declaration, or failure to disclose all material facts, may result in loss of coverage or cancellation of the insurance contract."*

We have concluded our review of the information obtained during our contestable claim investigation. Our findings are as follows:

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries

Copy from re:SearchTX

The Application includes the following questions:

> "*2. Within the past 12 months, have you used tobacco, in any form, or another nicotine product?*
> ...
> *14) Within the past 3 years, have you been diagnosed with, or received treatment or medication, tested positive or been given medical advice for sleep apnea, seizures or epilepsy?*
>
> *15. Within the past 10 years, have you been diagnosed with, or received treatment or medication, tested positive or been given medical advice for:*
> *a) Diabetes, high blood pressure, a disease or disorder of the blood or lymphatic system, coronary artery disease, heart murmur, chest pain, irregular heartbeat, aneurysm, stroke, transient ischemic attack, congestive heart failure (CHF), a disease or disorder of the arteries or valves, peripheral vascular disease or arterial disease (PVD or PAD), or had a heart attack, heart surgery, heart procedure or circulatory surgery?*
> *b) Cancer (excluding skin cancer that is basal cell carcinoma), tumor, gastrointestinal bleeding, unexplained weight loss, or a disease or disorder of the pancreas or endocrine system?*
> *c) Asthma, emphysema, Chronic Obstructive Pulmonary Disease (COPD), shortness of breath, or a disease or disorder of the respiratory system or do you currently require the use of oxygen equipment?*
> *e) Anxiety, depression, manic depression, bi-polar, schizophrenia or a mental health disorder?"*

Terry D. Williams answered "Yes" to question 15a) indicating "Diabetes and high blood pressure" and "No" to the remaining above questions on the Application. Based on the information found during our contestable investigation, the answer to question 15a) should have included "occlusion and stenosis of bilateral carotid arteries, chronic combined systolic and diastolic congestive heart failure (CHF), hypertensive heart disease with heart failure, atherosclerotic heart disease of native coronary artery, coronary artery disease, and heart procedure" and the answer to the remaining above questions should have been "Yes".

Terry D. Williams also completed the Questionnaire.

The Questionnaire asks:

> "*7. Related to this condition, have you been diagnosed, treated, tested positive or been given medical advice by a member of the medical profession for:*
> *iv) Kidney problems (including protein in your urine)?*
> *v) Sensory problems (such as burning in your feet)?*

Terry D. Williams answered "No" to the above questions in the Questionnaire. Based on the information found during our contestable investigation, the answer to the above questions should have been "Yes".

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries.

Copy from re:SearchTX

The medical information we received during our claim investigation indicates that Terry D. Williams had a history of tobacco use, specifically cigarettes, and a history of skin cancer, occlusion and stenosis of bilateral carotid arteries, chronic combined systolic and diastolic congestive heart failure (CHF), hypertensive heart disease with heart failure, atherosclerotic heart disease of native coronary artery, coronary artery disease, coronary artery bypass graft (CABG), heart catheterization, chronic obstructive pulmonary disease (COPD), adjustment disorder with mixed anxiety and depressed mood, diabetic neuropathy, diabetic nephropathy, and sleep apnea. We found that these conditions were present during the time period stated on the questions and should have been disclosed at the time the Application and Questionnaire were completed.

Additionally, we note the medical records indicate that Terry D. Williams told an attending physician that Ms. Williams had myocardial infarctions on or around November and December 2019.

Foresters relied on Terry D. Williams' responses on the Application and Questionnaire when it accepted the completed Application and subsequently issued this certificate. The information sought by the questions in the Application and Questionnaire was material to our decision to issue this certificate.  Had accurate and complete information regarding Terry D. Williams' medical history been disclosed at the time the Application and Questionnaire were completed, the certificate would not have been issued as applied for.

For the reasons set out above, we are rescinding the certificate issued on the life of Terry D. Williams, certificate number 9205383. As a result, no death benefit is payable under this certificate.

Enclosed is our check in the amount of $1,358.22 representing all premiums paid for certificate number 9205383.

Foresters reserves all rights and defences, including any and all claims and defences that it may have or further discover, whether or not expressly stated herein, concerning this claim for certificate benefits. Nothing in this letter or any other communication that you have received, or will receive from us, should be interpreted as waiving or prejudicing any of our rights and defences under the certificate, including any and all claims and defences as aforementioned.

If you have any medical or other information that you think would show that the conclusions arrived at, as described above, are incorrect or incomplete, we ask that you provide us with all such information so we may conduct a further review. Please send it to my attention at the address noted above.

If you have any additional concerns or questions, please contact me at 1-800-461-8431 extension 3320.

Sincerely,

A. Cabral

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters are trade names and trademarks of The IOF and its subsidiaries

Copy from re:SearchTX

Allison Cabral
Senior Claims Adjudicator
Claims Services

Certificate underwritten by The Independent Order of Foresters (The IOF), a fraternal benefit society. Foresters Financial and Foresters
are trade names and trademarks of The IOF and its subsidiaries

Copy from re:SearchTX

# EXHIBIT B

Copy from re:SearchTX

# The Independent Order of Foresters ("Foresters")

**A Fraternal Benefit Society.**

789 Don Mills Road, Toronto, ON, Canada M3C 1T9     F. 877 329 4631

U.S. Mailing Address: P.O. Box 179 Buffalo, NY 14201-0179     T. 800 828 1540     foresters.com

**Foresters Financial**

## Application for Individual Life Insurance

| Proposed Insured | | | |
|---|---|---|---|
| First name<br>Terry | Middle name<br>D | Last name<br>Williams | ○ Male<br>⊗ Female |
| Street address<br>774 Ranger Smith Ct | | City<br>Hemphill | State<br>TX · Zip<br>75948 |
| Social security #<br>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 | Home phone #<br>(409) 879-3651 | Alternate phone/Cell #<br>(817) 690-4833 | Date of birth (mmm/dd/yyyy)<br>Nov 29, 1963 |

State & Country of birth

TX    USA

U.S. citizen? ⊗ Yes ○ No

If "No", immigration status: ○ Green card holder ○ Permanent resident ○ Other (provide Visa type):_____

Type of Photo I.D.: ⊗ Driver's license State: TX _____ ○ Passport ○ Other government I.D.: _____

Photo I.D. # (used to verify identity):  00351153

Occupation & duties

Courier

Contracted with USPS

| ⊗ Full time ○ Part time ○ Seasonal | Income (past 12 months): $  60,000.00 | Active duty military or reserves? ○ Yes ⊗ No |
|---|---|---|
| Foresters member?<br>○ Yes  ⊗ No, applying for membership. | Email<br>twkoda@tahoo.com | Primary language:<br>⊗ English ○ Spanish |

**Owner** (Complete only if other than the proposed insured. If there is to be a contingent owner, use the Contingent Owner/Other Payer I.D. Form.)

| Full legal name of Individual (First, Middle, Last), Organization, Charity, Business or Trust | | Social security # / Tax I.D. # | |
|---|---|---|---|
| Street address | City | State | Zip |

Type of Photo I.D.: ○ Driver's license State: _____ ○ Passport ○ Other government I.D.: _____

Photo I.D. # (used to verify identity): _____

| Relationship to the proposed insured | Email |
|---|---|

| Phone # | If Trust, name of Trustee | If Trust, date of Trust agreement |
|---|---|---|
| If Individual: | ○ Male<br>○ Female · Date of birth (mmm/dd/yyyy) | |

U.S. citizen? ○ Yes ○ No

If "No", immigration status: ○ Green card holder ○ Permanent resident ○ Other (provide Visa type): _____

FforestersTM is the trade name and a trademark of The Independent Order of Foresters ("Foresters").

Copy from re:SearchTX

d205704f-3aa0-463a-8088-77ecc3de0c04

**Beneficiary** (If "irrevocable" is selected as the beneficiary type, certain transactions cannot be done without the consent of each irrevocable beneficiary. The changes, requiring that consent, include revoking that beneficiary or changing their share and may also include surrendering the insurance contract, taking a loan, changing the ownership or withdrawing values from the insurance contract.)

**Primary**

Name: Robert J Frazier

Address: 815 Scrappin Valley Rd

Hemphill                           TX              75948

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| Apr 04, 1982 | Nephew | ⊗ Revocable ○ Irrevocable | 100 |

Name:

Address:

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| | | ○ Revocable ○ Irrevocable | |

Name:

Address:

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| | | ○ Revocable ○ Irrevocable | |

Name:

Address:

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| | | ○ Revocable ○ Irrevocable | |

Name:

Address:

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| | | ○ Revocable ○ Irrevocable | |

**Contingent**

Name: Chassidy D Sutton

Address: 873 Hailey Ct

San Marcos                         CA              92078

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| Aug 02, 1982 | Niece | ⊗ Revocable ○ Irrevocable | 100 |

Name:

Address:

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| | | ○ Revocable ○ Irrevocable | |

Name:

Address:

| Date of birth (mmm/dd/yyyy) | Relationship to proposed insured | Beneficiary Type: | % Share |
|---|---|---|---|
| | | ○ Revocable ○ Irrevocable | |

## Financial Questions

1. Is there an understanding or agreement, whether in writing or not, or has an offer been made to:

   a) Borrow or be given money, or other property, to pay for or enter into the insurance contract applied for?
   If "Yes", provide details.  ○ Yes  ⊗ No

   b) Sell, transfer or assign an insurance contract issued as a result of this Application?
   If "Yes", provide details.  ○ Yes  ⊗ No

For each "Yes" answer to a question in the Lifestyle, either Medical, a Rider or the Other Insurance section, providing details in the Additional Information section or completing the corresponding questionnaire may be required. For purposes of these questions, "you" and "your" mean the proposed insured, "diagnosed", "tested", "advised", "treated", "counseling" and "treatment" mean by a licensed physician or medical practitioner.

## Lifestyle Questions

2. Within the past 12 months, have you used tobacco, in any form, or another nicotine product?
   If "Yes", specify:  ○ Cigarettes  ○ Other  ○ Yes  ⊗ No

3. Within the past 5 years, have you:

   a) Used marijuana (more than once a week), heroin, cocaine, a narcotic, a barbiturate, a hallucinogen or another controlled substance except as prescribed by a licensed physician or medical practitioner?  ○ Yes  ⊗ No

   b) Received or been advised to receive treatment or counseling for, or to discontinue or reduce, the use of alcohol, or a non-prescribed or prescribed drug?  ○ Yes  ⊗ No

4. Do you expect, within the next 2 years, to change your country of residence or to travel outside of the United States, Canada, Caribbean Islands (excluding Haiti), Western Europe, Hong Kong, Australia or New Zealand?  ○ Yes  ⊗ No

5. Within the past 2 years, have you:

   a) Flown, or do you intend within the next 2 years to fly, in an aircraft as a student pilot or licensed pilot?  ○ Yes  ⊗ No

   b) Engaged, or do you intend within the next 2 years to engage, in motor vehicle or boat racing, mountain or rock climbing, scuba diving, skydiving, ballooning, hang gliding or ultra light flying?  ○ Yes  ⊗ No

6. Within the past 5 years, have you had your driver's license suspended or revoked or been convicted of or pled guilty to more than 3 moving violations or to 1 or more driving while impaired or under the influence violations?  ○ Yes  ⊗ No

7. a) Within the past 10 years, have you been convicted of or pled guilty to a felony?  ○ Yes  ⊗ No

   b) Are you currently on parole, incarcerated, or serving probation or within the past 12 months have you served probation?  ○ Yes  ⊗ No

## PART 1: Medical Questions

8. Your: Height (ft/in): __5' 1"__     Weight (lbs): __190__

9. a) Date you last consulted a physician:  Jun 28, 2021

   Physician Name:  Dr Sharon Bylye

   Address:  3732 Fairdale Rd

   Hamphill                    TX                    75948

   Phone #:  (409) 579-2044

   b) Reason(s) you last consulted a physician:

   Annual checkup  - All good

   c) Were you advised that results of that consultation were outside normal ranges?  ○ Yes  ⊗ No

10. Are you currently taking prescription medication or under treatment?  ⊗ Yes  ○ No

11. Have you ever been diagnosed with Acquired Immune Deficiency Syndrome (AIDS), AIDS Related Complex (ARC), or tested positive for Human Immunodeficiency Virus (HIV)?  ○ Yes  ⊗ No

12. Within the past 2 years, have you:

    a) Had or been advised to have a test (other than for HIV) such as an EKG, CT scan, bone scan, MRI scan, colonoscopy, echocardiogram, angiogram, biopsy, or endoscopy?  ⊗ Yes  ○ No

    b) Been advised to have a check up, consultation, medication, treatment, surgery, hospitalization, lab test or diagnostic test (other than for HIV) that has not yet been started or completed, or the results of which are not yet known?  ○ Yes  ⊗ No

ICC15 770825 US 10/15

Copy from re:SearchTX

d205704f-3aa0-463a-8088-77ecc3de0c04

| | |
|---|---|
| 13. Do you currently:<br>    a) Reside in a nursing home or skilled nursing facility or psychiatric facility, or are you receiving or been advised to receive, skilled nursing care, hospice care, or home healthcare for a terminal condition that is expected to result in death within the next 12 months or for a chronic condition? | ○ Yes ⊗ No |
|    b) Require the use of a wheelchair due to a chronic illness or disease? | ○ Yes ⊗ No |
|    c) Require assistance with any of the following activities of daily living: taking medications, bathing, dressing, eating, or toileting? | ○ Yes ⊗ No |
| 14. Within the past 3 years, have you been diagnosed with, or received treatment or medication, tested positive or been given medical advice for sleep apnea, seizures or epilepsy? | ○ Yes ⊗ No |
| 15. Within the past 10 years, have you been diagnosed with, or received treatment or medication, tested positive or been given medical advice for: | |
|    a) Diabetes, high blood pressure, a disease or disorder of the blood or lymphatic system, coronary artery disease, heart murmur, chest pain, irregular heartbeat, aneurysm, stroke, transient ischemic attack, congestive heart failure (CHF), a disease or disorder of the arteries or valves, peripheral vascular or arterial disease (PVD or PAD), or had a heart attack, heart surgery, heart procedure or circulatory surgery? | ⊗ Yes ○ No |
|    b) Cancer (excluding skin cancer that is basal cell carcinoma), tumor, gastrointestinal bleeding, unexplained weight loss, or a disease or disorder of the pancreas or endocrine system? | ○ Yes ⊗ No |
|    c) Asthma, emphysema, Chronic Obstructive Pulmonary Disease (COPD), shortness of breath, or a disease or disorder of the respiratory system or do you currently require the use of oxygen equipment? | ○ Yes ⊗ No |
|    d) Dementia, Alzheimer's disease, paralysis, multiple sclerosis, Parkinson's disease, Lou Gehrig's disease (ALS), muscular dystrophy, fibromyalgia, or a disease or disorder of the brain or nervous system? | ○ Yes ⊗ No |
|    e) Anxiety, depression, manic depression, bi-polar disorder, schizophrenia or a mental health disorder? | ○ Yes ⊗ No |
|    f) Blood in the urine, hepatitis, Crohn's disease, Systemic Lupus, cirrhosis, or a disease or disorder of the liver, prostate, bladder, kidney, genito-urinary organs, connective tissue or the digestive or immune system (other than HIV)? | ○ Yes ⊗ No |

**PART 2: Additional Medical Questions** (Complete only if applying for a medically underwritten product.)

| | |
|---|---|
| 16. Have you ever used tobacco, in any form, or another nicotine product?<br>    If "Yes", specify: Type used: _____  Date last used: _____<br>    If currently smoking, how many pack(s) per day? _____ | ○ Yes ○ No |
| 17. Do you currently drink alcohol?<br>    If "Yes", specify: How many times per week? _____  How many drinks per occasion? _____ | ○ Yes ○ No |
| 18. Within the past 5 years, have you consulted a physician other than identified in question 9, or a medical practitioner, or been treated, tested or monitored in a clinic, hospital or emergency room? | ○ Yes ○ No |
| 19. Within the past 10 years, have you been diagnosed with, or received treatment or medication, tested positive or been given medical advice for high cholesterol? | ○ Yes ○ No |
| 20. Net worth: $ _____ | |
| 21. Primary Physician Name (if different from question 9): _____<br>    Address: _____  Phone #: _____ | |
| 22. Do you have, alive or deceased, a parent or sibling diagnosed with or treated for, prior to age 65, diabetes, heart attack, heart disease, stroke, cancer, polycystic kidney disease, Huntington's Chorea, or Alzheimer's? | ○ Yes ○ No |

| Details to "Yes" | Age, if living | Age, at death | Details of condition / Cause of death |
|---|---|---|---|
| Father | | | |
| Mother | | | |
| Sibling(s) | | | |
| | | | |
| | | | |

**Disability Income / Waiver Rider Questions** (Complete only if applying for disability income or waiver coverage.)

23. a) Hours worked per week (past 6 months): _____    b) # of weeks worked (past 12 months): _____

| | |
|---|---|
| 24. Within the past 180 days, have you been unable to work at your regular job for more than 20 consecutive days or are you currently not actively at work due to an injury or sickness? | ○ Yes ○ No |
| 25. Within the past 10 years, have you been diagnosed with, or received treatment or medication, tested positive or been given medical advice for arthritis or for a disease or disorder of the back, neck or musculoskeletal system? | ○ Yes ○ No |

**Children's Term Rider Questions** (Complete only if applying for children's term coverage.)

| Name of child (First, Middle, Last) under 18 years old (must be a child of the proposed insured) | Gender (M or F) | Date of birth (mmm/dd/yyyy) | Height (ft/in) | Weight (lbs) | Amount of coverage in force |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

26. Within the past 5 years, has a child listed above:

    a) Been diagnosed with, received treatment or medication for, or been placed under observation for, a disease or disorder?   ○ Yes ○ No

    If "Yes", complete the chart below.

| Name of child | Diagnosis, date(s), treatment, present condition, Physician's name, address and phone # |
|---|---|
| | |
| | |
| | |

    b) Been advised to have a check up, consultation, medication, treatment, surgery, hospitalization, lab test or diagnostic test (other than for HIV) that has not yet been started or completed, or the results of which are not yet known?   ○ Yes ○ No

    If "Yes", complete the chart below.

| Name of child | Diagnosis, date(s), treatment, present condition, Physician's name, address and phone # |
|---|---|
| | |
| | |
| | |

Copy from re:SearchTX

d205704f-3aa0-463a-8088-77ecc3de0c04

**Other Insurance** (Complete required State and Foresters Replacement/Rollover/Surrender/Disclosure forms. Some states require replacement forms to be completed even if existing insurance is to be kept in force.)

| | |
|---|---|
| 27.  Is there another annuity or life insurance application pending, on the life of the proposed insured, with Foresters or another insurer? | ○ Yes ⊗ No |
| 28.  Do you currently have an annuity or life, accidental death, critical illness or disability income insurance pending or in force? | ⊗ Yes ○ No |

If "Yes", to either question 27 or 28, complete the chart below. Include existing life insurance or annuities that will be, or are in the process of being, lapsed or surrendered, and those lapsed or surrendered within the past 13 months.

| Name of Insurer | Annuity/Life insurance $ | Accidental death $ | Critical illness $ | Disability income (per month) $ | Issue year or indicate if pending |
|---|---|---|---|---|---|
| Nassau Re | 10,000 | 0 | 0 | 0 | 2006 |
| | | | | | |
| | | | | | |

| | |
|---|---|
| 29.  Have you ever had an application for life, health, disability or critical illness insurance declined, rated or modified?<br><br>If "Yes", provide date and reason: | ○ Yes ⊗ No |
| 30.  Will coverage be discontinued or reduced, or premium payments stopped, on existing life insurance coverage or an annuity, if the insurance applied for in this Application is issued (includes military group life insurance)? | ○ Yes ⊗ No |

**Additional Information** (Explain all "Yes" answers where applicable.)

Include Question #, diagnosis, date first diagnosed, treatment, medications, medical facilities and physicians' name, addresses, phone #s.

See Overflow Form

**Payment Information and Authorization** (The planned premium quoted may change following underwriting review.)

Payer is: ⊗ Proposed insured    ○ Owner (if other than proposed insured)    ○ Other (complete Contingent Owner/Other Payer I.D. Form)

Payment mode: ⊗ Monthly (not available for direct bill)    ○ Quarterly    ○ Semi-annually    ○ Annually

First premium payment to be made by: ⊗ Pre-Authorized Check (PAC)    ○ Check (payable to Foresters)    ○ Other _____

Subsequent premium payments to be made by: ⊗ Pre-Authorized Check (PAC)    ○ Direct Bill    ○ Other _____

Preferred draft date: ○ No  ⊗ Yes, draft on the ___3___ day (between 1st and 28th) of the month.

PAC banking information (including drafting first premium) to be taken from:

○ Attached void check    ○ Check submitted with this Application    ⊗ Information completed below (if no check available)

Type of account: ⊗ Checking    ○ Savings

Name of financial institution: Soutside Bank

Routing Transit #: 113122804                    Account # : 1201004134

---

**PAC Authorization**

The payer, by signing below, verifies that the payer is the account holder of the account identified in the PAC banking information section (above) and is permitted to provide this authorization, and agrees that: 1) Foresters is authorized to draft deductions, for premiums and/or other payments related to an insurance contract issued, if any, as a result of this Application, from that account or another account later identified or substituted by, or on behalf of, the payer, such as for additional coverage, loan repayment(s) or for premium deposit funds. 2) The financial institution from which deductions are to be drafted is authorized to treat each draft by Foresters as though it was made personally by the payer. 3) Foresters reserves the right to determine when the first deduction and each subsequent deduction, if any, will be made and the amount of each deduction. 4) If a deduction request is not honored when submitted to the financial institution Foresters may, at its sole discretion, do further resubmits for the deduction. 5) This authorization is effective immediately and will continue until terminated, which either the payer or Foresters may do at any time by written notice to the other.

This authorization must be signed by the bank account owner as his/her name appears on bank records for the account provided.

X *e-Signed by Terry Williams*
(Signature of payer)

**Conversion Notification**

Foresters can process a check provided for payment as a check transaction or instead take the information from the check to make a one-time electronic fund transfer from the account that the check relates to.

---

ICC15 770825 US 10/15

Copy from re:SearchTX

d205704f-3aa0-463a-8088-77ecc3de0c04

## Temporary Life Insurance Agreement (TIA) Questions & Acknowledgement

Has the proposed insured:

1. Within the past 24 months, had either an investigation or treatment, by a physician or medical practitioner, for chest pain, heart problem, stroke, cancer or AIDS ("Investigation" does not include negative tests for HIV)?    ○ Yes ⊗ No

2. Within the past 4 months, been admitted or been medically advised to be admitted to a hospital or other licensed health care facility (other than for childbirth)?    ○ Yes ⊗ No

3. Within the past 4 months, had surgery performed or recommended, had or been medically advised to have a medical test (other than for HIV) or investigation, that has not yet been started or completed, or the results of which are not yet known?    ○ Yes ⊗ No

**TIA Acknowledgement:** Were all of the pre-conditions to temporary coverage met?

○ No (Do not provide a check for first premium payment). The owner acknowledges that there is no temporary insurance coverage in effect, even if first premium payment is provided, authorized or collected. **X** _____ (Owner's initials)

⊗ Yes. I, the owner, understand that temporary coverage is subject to, and I had the opportunity to review, the Temporary Life Insurance Agreement. First premium payment, in the amount of $ 99.14 , is authorized, provided or collected by (select same method chosen in the Payment Information and Authorization section):

⊗ Pre-Authorized Check (PAC)    ○ Check    ○ Other (cannot be a transfer of funds from existing life insurance or annuity contract(s))

Although the first premium payment amount shown above is subject to change following underwriting, this amount must be at least equal to the monthly premium quoted for the insurance, including each rider, applied for in this Application.

## Secondary Addressee (Complete only if designating another person to receive notification regarding a possible lapse in coverage.)

| First name | Middle name | Last name | ⊗ Male |
|------------|-------------|-----------|--------|
| Robert | J | Frazier | ○ Female |

| Street address | City | State | Zip |
|----------------|------|-------|-----|
| 815 Scrappin VI | Hemphill | TX | 75948 |

## Declarations and Agreements

"Application" means this Application for Individual Life Insurance and includes additional forms, if any, that are part of this Application. "I/Me" means individually each person identified in this Application as either the proposed insured or the owner, and the parent/legal guardian signing this Application if the proposed insured is a juvenile.

I, as evidenced by my signature(s) in this Application, declare that: 1) I have reviewed this Application. 2) I was asked every question that applies to me and provided the answers shown, in this Application, to these questions. 3) The statements, answers, and representations contained in this Application are full, complete and true, to the best of my knowledge and belief. 4) If I am the owner and if the amount of life insurance applied for on the life of the proposed insured is at least $20,000, I have been provided, either in paper or electronically, with the Accelerated Death Benefit Rider Disclosure.

I understand and agree that: 1) All statements made in this Application shall be representations and not warranties. 2) This Application, Foresters Instruments of Incorporation and its Constitution now in force or subsequently amended shall form part of the entire contract if an insurance contract is issued by Foresters. 3) No person is authorized to advise me that any untrue or incomplete answer or information is acceptable. 4) The answers, statements and representations contained in this Application will influence the assessment and acceptance of this Application by Foresters. 5) A material misrepresentation, or untrue declaration, or failure to disclose all material facts, may result in loss of coverage or cancellation of the insurance contract. 6) Foresters will have no liability under an insurance contract issued, if any, as a result of this Application until the date that insurance contract comes into effect, according to its terms, and then only if (a) the first premium due, for that insurance contract, is provided in full on or before the delivery date of that insurance contract and is received by Foresters from the financial institution from which it is to be collected, and (b) between the date this Application was signed and the date that insurance contract comes into effect there is no event, no diagnosed change in health, and no change in the habits or circumstances of the proposed insured, or a child if any, identified in this Application, that would require a change to an answer to a question in this Application. 7) Foresters and its subsidiaries may review, transfer and otherwise use, information provided in this Application or obtained by Foresters or its subsidiaries to assess, develop, or offer and issue to me (including post issue administration), other financial products or benefits. 8) Before issuing an insurance contract, Foresters may require and obtain information about me to validate my identity.

I further understand and agree that: 1) Changes or corrections made to this Application by Foresters, if any, are ratified by the owner if the insurance contract delivered, if any, is not returned during the cancellation period. Such changes or corrections may be made directly on this Application or by an amendment to this Application. 2) No producer, medical examiner or any other person, except Foresters Executive Secretary or successor position, has power on behalf of Foresters to make, modify, or discharge an insurance contract. 3) This Application and related documents may be completed, signed and/or submitted to Foresters by voice and/or electronic means and if completed in paper form this original Application may be destroyed after confirmation of successful transmission. 4) Foresters may contact or send messages to me, including pre-recorded and text messages and calls or messages by use of an automatic telephone dialing system, using the phone number(s), including wireless number(s), either provided in this Application or number(s) that I later provide. 5) I understand that providing an email address is optional. If I have chosen to provide an email address in this Application or choose to provide one in the future, Foresters may use that address to send messages or documents to me electronically. 6) Any person who knowingly presents a false statement in an application for insurance may be guilty of a criminal offense and subject to penalties under state law.

Copy from re:SearchTX                                                           d205704f-3aa0-463a-8088-77ecc3de0c04

## Authorization To Obtain And Disclose Information

This authorization is for the purpose of (a) assessing insurance coverage eligibility and premium amounts, (b) adjudicating claims, (c) supporting The Independent Order of Foresters ("Foresters") business analysis and operations and (d) record keeping and future servicing by authorized persons. In this authorization, "proposed insured", "owner" and "parent/legal guardian" mean each person identified as such in this Application. "Child" means each child named, if any, and proposed for insurance, in this Application. "Authorized persons" means reinsurers, insurance agents, agencies, and Foresters subsidiaries and those performing services in relation to an application for insurance, insurance product, benefit claim or supporting Foresters business analysis and operations. As evidenced by the signature(s) in the Signature Section of this Application, the proposed insured and owner, on their behalf and on behalf of each child, or the parent/legal guardian on behalf of the proposed insured if the proposed insured is a juvenile, authorizes Foresters and authorized persons to obtain an investigative consumer report and/or information about him/her from any: physician, medical practitioner, hospital, clinic, or medical facility; employer; insurer or institution; consumer reporting agency; pharmacy, pharmacy benefits manager or other pharmacy related services organization; or MIB, Inc. ("MIB"). This includes obtaining records or other information available as to: past, current or future diagnosis, treatment and prognosis of a physical or mental condition; past, current or future drug, physical and mental health, and alcohol-related information that may be protected by federal or state laws and regulations. Information may be disclosed: between and among Foresters and authorized persons; to companies to which the proposed insured has or may apply to for insurance coverage or benefits; as required or permitted by law. The proposed insured, and owner, on their behalf and on behalf of each child, or the parent/legal guardian on behalf of the proposed insured if the proposed insured is a juvenile, authorizes Foresters and authorized persons, to make a brief report of the proposed insured's and each child's personal and/or protected health information to MIB, even if this Application is cancelled or withdrawn. Obtained or disclosed information may no longer be protected by federal privacy laws. This authorization is valid for two years from the date of this Application. This time limit complies with the time limit, if any, permitted by the applicable law in the state where the certificate is delivered or issued for delivery. A copy of this authorization shall be as valid as the original. Each person signing this authorization may at any time, by written notice to Foresters, revoke their authorization, except that reporting to MIB and action(s) begun before receipt of notice will not be affected. A Notices page has been provided, either in paper or electronically, to the proposed insured. It includes the MIB and Fair Credit Reporting Notices. A copy of this authorization will be provided upon request.

## Signature Section (For purposes of entire Application.)

Proposed insured's signature: **X** *e-Signed by Terry Williams*

(If the proposed insured is not a juvenile.)

Owner's signature: **X**

(If other than proposed insured.)

The owner or the proposed insured, if the proposed insured is the owner, signed in  TX _____ on  Jul 06, 2021 ____.

                                         (State)           (mmm/dd/yyyy)

Parent/Legal guardian's name (print full name): _____

(If the proposed insured is a juvenile and the owner is not a parent/legal guardian.)

Parent/Legal guardian's signature: **X**

## Producer Certification

Unless specifically stated otherwise in the Producer Report, I certify each of the following:

a) I am not aware of undisclosed information about the health, habits or lifestyle of the proposed insured or a child, identified in this Application, that might affect insurability. b) I asked the proposed insured, the parent/legal guardian if the proposed insured is a juvenile, and/or the owner each question as written in this Application to which an answer is shown, and recorded the answers as given to me by each person. c) This Application was reviewed by each person signing in the Signature Section before it was signed by that person. d) This Application has not been altered in any way after the proposed insured, the parent/legal guardian if the proposed insured is a juvenile, and owner signed it. e) I complied with applicable regulatory requirements including those relating to the solicitation and sale of life insurance to active duty members of the United States military. f) If applicable, I have disclosed that this Application, if completed in paper form, may be transmitted to Foresters by electronic means and that this original Application may be destroyed after confirmation of successful transmission. g) I have made no misrepresentation(s) about Foresters product(s) applied for in this Application. I have made no promise(s) regarding the benefit(s) or future performance of the product(s) applied for, other than as specifically written in the specific product(s) applied for in this Application. h) If the amount of life insurance applied for on the life of the proposed insured is at least $20,000, the owner has been provided, either in paper or electronically, with the Accelerated Death Benefit Rider Disclosure.

Will the certificate applied for be a replacement for, or a change to, existing life insurance or an annuity?    ○ Yes ⊗ No

Are you related to the proposed insured?    ○ Yes ⊗ No

Did you personally meet with the proposed insured and owner and review the document(s) used to verify identity and birth date of each person?    ⊗ Yes ○ No

Producer's name (print full name): William Sampson _____      Producer #: 689927

Producer's signature: **X** *e-Signed by William Sampson*      Date: Jul 06, 2021

                                                                        (mmm/dd/yyyy)

Copy from re:SearchTX

## The Independent Order of Foresters ("Foresters")
### A Fraternal Benefit Society.
789 Don Mills Road, Toronto, ON, Canada M3C 1T9        F. 877 329 4631
U.S. Mailing Address: P.O. Box 179 Buffalo, NY 14201-0179        T. 800 828 1540    foresters.com



# Overflow Form

Overflow for the most recent:    ● application for individual life insurance    O application for reinstatement    O application for change

Proposed Insured: Terry Williams
(First name, middle initial and last name)

Date of birth: Nov 29, 1963
(mmm/dd/yyyy)

**Overflow Information**

----MEDICAL QUESTIONS SECTION----
   Are you currently taking prescription medication or under treatment?
      Answer: Taking prescription medication
      Details: Atorvastatin 40 mg for cholesterol 10+ years

      Answer: Under treatment
      Details: Diabetes since 2001 Metformin 1000mg last A1-C 5.7 (June 28, 2021)  Dr Sharon Bylye

   Within the past 2 years, have you:
      Had or been advised to have a test (other than for HIV) such as an EKG, CT scan, bone scan, MRI scan,
      colonoscopy, echocardiogram, angiogram, biopsy, or endoscopy?
         Answer: EKG
         Details: Yes last month as part of annual exam  All results normal  Dr Bachireddy  310 Gaslight
         Blvd Lufkin, TX 75904 936-632+8787

   Within the past 10 years, have you been diagnosed with, or received treatment or medication, tested positive or
   been given medical advice for:
      Diabetes, high blood pressure, a disease or disorder of the blood or lymphatic system, coronary artery disease,
      heart murmur, chest pain, irregular heartbeat, aneurysm, stroke, transient ischemic attack, congestive
      heart failure (CHF), a disease or disorder of the arteries or valves, peripheral vascular or arterial
      disease (PVD or PAD), or had a heart attack, heart surgery, heart procedure or circulatory surgery?
         Answer: Diabetes
         Details: See Diabetes Questionnaire

         Answer: High blood pressure
         Details: Metoprolol 25 mg.

----SIGNATURE SECTION----

Foresters™ is the trade name and a trademark of The Independent Order of Foresters ("Foresters").

ICC12 105419 US 03/12                                    Total pages of this Overflow Form: 2

Copy from re:SearchTX

d205704f-3aa0-463a-8088-77ecc3de0c04

**The Independent Order of Foresters** ("Foresters")
 **A Fraternal Benefit Society.**
789 Don Mills Road, Toronto, ON, Canada M3C 1T9
U.S. Mailing Address: P.O. Box 179 Buffalo, NY 14201-0179

F. 877 329 4631
T. 800 828 1540   foresters.com



## Overflow Form

Overflow for the most recent:   ● application for individual life insurance   O application for reinstatement   O application for change

Proposed Insured: <u>Terry Williams</u>
(First name, middle initial and last name)

Date of birth: <u>Nov 29, 1963</u>
(mmm/dd/yyyy)

---

**Overflow Information**

"Application" means the application identified in this Overflow Form ("Form"), relating to the proposed insured identified in this Form, including each additional form that is a part of that application. "I" means individually each person identified in the Application as either the proposed insured and/or owner and the parent/legal guardian signing this Form.

I, by signing this Form: 1) Declare that I have provided the statements, answers and representations shown in this Form and they are full, complete and true, to the best of my knowledge and belief. 2) Understand and agree that: (a) those statements, answers and representations relate to the corresponding Application section or question identified in this Form; (b) those statements, answers and representations will be relied upon as evidence of insurability that will influence the assessment and acceptance of the Application by Foresters; and (c) this Form is part of and subject to the Application.

Signature of proposed insured: e-Signed by Terry Williams
(if the proposed insured is not a juvenile)

Signed at (City, State): Hemphill, TX          Date (mmm/dd/yyyy): Jul 06, 2021

Signature of owner:
(if other than proposed insured)

Signed at (City, State): ,          Date (mmm/dd/yyyy):

Signature of producer: e-Signed by William Sampson                    Jul 06, 2021

---

Foresters™ is the trade name and a trademark of The Independent Order of Foresters ("Foresters").

ICC12 105419 US 03/12                                    Total pages of this Overflow Form: 2

Copy from re:SearchTX

d205704f-3aa0-463a-8088-77ecc3de0c04

# The Independent Order of Foresters ("Foresters")
**A Fraternal Benefit Society.**

789 Don Mills Road, Toronto, ON, Canada M3C 1T9          F. 877 329 4631
U.S. Mailing Address: P.O. Box 179 Buffalo, NY 14201-0179          T. 800 828 1540    foresters.com

**Foresters** Financial

## Diabetes Questionnaire

**Proposed Insured**

First name  Terry                              Middle name  D                              Last name  Williams

Date of Birth  Nov 29, 1963
                        (mmm/dd/yyyy)          Reference/certificate number (if available):_____

Child's Name _____

Note – "You" and "your" mean the proposed insured, if no child is indicated or the child if a child is indicated.  "Application" means the Application for Individual Life Insurance on the proposed insured.

1.  Please list medical and physical problems diagnosed, treated, tested positive for or for which you have been given medical advice by a member of the medical profession, in relation to this condition. (e.g. Type I or Type II Diabetes Mellitus, Gestational Diabetes, Impaired Glucose Tolerance or Impaired Fasting Glucose etc.).  Attach a copy of any medical reports if available.
    No complications
    _____

2.  When was this condition first diagnosed?  Nov 01, 2001
                                                Date (mmm/dd/yyyy)

3.  Do you test your own blood sugar at home?  Yes ☒ No ○
    If "Yes", please provide details for the last 3 months:

| Frequency of testing | Lowest result | Highest result | Average result |
|---|---|---|---|
| Dialy | 62 | 134 | 91 |

4.  Have you had a glycosylated haemoglobin test (HbA1c)?  Yes ☒ No ○
    If "Yes", please provide details including the approximate date and result of your most recent test: _____
    6/28/2021  5.7

5.  Please provide details of the medication(s) that you take in relation to this condition (please also include related medication(s) such as those used to lower blood pressure and/or cholesterol):

| Name of medication | Dose | Frequency |
|---|---|---|
| Metoprolol | 25mg | Daily |
| Atorvasatin | 40 mg | daily |
| Metformin | 1000mg | Daily |
|  |  |  |

6.  Have you ever been admitted to a hospital or required emergency care in relation to this condition?  Yes ○ No ☒
    If "Yes", please provide details:

| Reason | Name of physician, hospital or clinic | Address | Dates |
|---|---|---|---|
|  |  |  | (mmm/dd/yyyy) |
|  |  |  | (mmm/dd/yyyy) |
|  |  |  |  |

Foresters is the trade name and a trademark of The Independent Order of Foresters ("Foresters").

ICC10 105127 US 02/10                              Page 1 of 2

d205704f-3aa0-463a-8088-77ecc3de0c04

Copy from re:SearchTX

7. Related to this condition, have you been diagnosed, treated, tested positive for or been given medical advice by a member of the medical profession for:

i)   Eye problems?                                                        Yes O No ☒
ii)  Heart problems?                                                     Yes O No ☒
iii) High blood pressure?                                               Yes ☒ No O
iv)  Kidney problems (including protein in your urine)?     Yes O No ☒
v)   Sensory problems (such as burning in your feet)?     Yes O No ☒
vi)  Any other complication (i.e. diabetic coma)?           Yes O No ☒

If you answered "Yes" to any of the above questions, please provide details: _____

BP as noted _____

8. Please provide details regarding the physician(s) and/or medical practitioner(s) you see, have seen or have been referred to in relation to this condition:

| Name of physician, hospital or clinic | Address | Frequency | Date of last consult |
|---|---|---|---|
| Dr Sharon Bylye | 3732 Fairdale Rd Hemphill, TX 75948 | Annually | (mmm/dd/yyyy) Jun 28, 2021 |
| | | | (mmm/dd/yyyy) |
| | | | (mmm/dd/yyyy) |

9. Other than for the purpose of regular checks, has any further treatment(s) or follow-up been discussed with or recommended by a physician or medical practitioner, in relation to this condition? Yes O No ☒
If "Yes", please provide details: _____
_____

10. Have you ever taken time off work or have your working duties been affected or restricted in any way due to this condition?  Yes O No ☒
If "Yes", please provide details including dates and durations. _____
_____

11. Please provide any additional information that you feel is important in relation to this condition:_____
_____
_____
_____

I declare that I have read this Diabetes Questionnaire and represent that the information provided, as shown in this questionnaire, is true, and is a complete disclosure of all information requested in this questionnaire, to the best of my knowledge and belief. I understand and agree that this questionnaire is part of and subject to the Application.  I also understand and agree that the information provided in this questionnaire will be relied upon as evidence of insurability that will influence the assessment and acceptance of the application by Foresters.

X  *e-Signed by Terry Williams*                          X  _____
  Signature of proposed insured (if the proposed insured is not a juvenile)          Signature of parent/legal guardian (if the proposed insured is a juvenile)

Signed at  Hemphill, TX                              Signed on  Jul 06, 2021
           (City, State)                                        Date (mmm/dd/yyyy)

d205704f-3aa0-463a-8088-77ecc3de0c04

Copy from re:SearchTX

**The Independent Order of Foresters ("Foresters")**
**A Fraternal Benefit Society.**

789 Don Mills Road, Toronto, Canada M3C 1T9    F: 877 329 4361
U.S. Mailing Address: P.O. Box 179 Buffalo, NY 14201-0179    T. 800 828 1540    foresters.com

**Foresters**
Financial

## COVID-19 (Coronavirus) Questionnaire

**Proposed Insured**

First name Terry _____    Middle name D _____    Last name Williams _____

Date of Birth Nov 29, 1963 _____    Reference/certificate number (if available): _____
　　　　　　　　　(mmm/dd/yyyy)

Note – "You" and "your" mean the proposed insured. "Application" means the Application for Individual Life Insurance on the proposed insured. "Advised", "diagnosed", "medical advice", "tested", "treated" and "treatment" mean by a licensed physician or medical practitioner.

1.  Within the past 14 days, have you been diagnosed with, or been treated or given medical advice for any of the following?

    O Yes: (*check all that apply*)
    　O Fever　　　　　　　　　　　　　　　　O Persistent cough that has not subsided
    　O Flu-like fatigue　　　　　　　　　　　O Shortness of breath
    　O Loss of smell or taste　　　　　　　　O Sore throat
    　O Nausea, vomiting and/or diarrhea
    ☒ No

2.  Within the past 30 days, have you been diagnosed with, tested positive for, or been advised to take a test for, that has not yet been started or completed or the results of which are not yet known for, COVID-19 (Coronavirus)?

    O Yes　　　　　　　☒ No

3.  Within the past 30 days, has a parent or sibling living in your household been diagnosed with or been treated for COVID-19 (Coronavirus)?　*If "Yes", please provide details.*

    O Yes　　　　　　　☒ No

Details: _____

_____

4.  Within the past 21 days have you returned from travel outside the United States?　*If "Yes", please advise as to the country travelled to and the date of return to the United States.*

    O  Yes:  Country: _____    Date returned to the United States: _____.
    ☒  No　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(mmm/dd/yyyy)

5.  Within the past 30 days, have you been advised to self-isolate or be quarantined, due to symptoms of, or for any other reason related to, COVID-19 (Coronavirus)?

    O Yes　　　　　　　☒ No

I declare that I have reviewed this COVID-19 (Coronavirus) Questionnaire and represent that the information provided in this questionnaire, is true and is a complete disclosure of all information requested in this questionnaire, to the best of my knowledge and belief. I understand and agree that this questionnaire is part of and subject to the Application. I also understand and agree that the information provided in this questionnaire will be relied upon as evidence of insurability that will influence the assessment and acceptance of the application by Foresters.

X *e-Signed by Terry Williams* _____　　　　X _____
　Signature of proposed insured (if the proposed insured is not a juvenile)　　　Signature of parent/legal guardian (if the proposed insured is a juvenile)

Signed at  Hemphill, TX _____　　　Signed on  Jul 06, 2021 _____
　　　　　　(City, State)　　　　　　　　　　　　　　　　　　Date (mmm/dd/yyyy)

Foresters™ is the trade name and a trademark of The Independent Order of Foresters ("Foresters").

Copy from re:SearchTX　　　　　　　　　　　　　　d205704f-3aa0-463a-8088-77ecc3de0c04