IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT FRAZIER, | § | |
| *Plaintiff,* | § § § | |
| VS. | § § | CIVIL ACTION NO. 9:24-CV-00077 |
| THE INDEPENDENT ORDER OF FORESTERS, | § § § § | JUDGE MICHAEL J. TRUNCALE |
| *Defendant.* | § | |

## ACKNOWLEDGEMENT OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Parties' Joint Stipulation of Dismissal with Prejudice [Dkt. 16] filed in this matter. The Parties file the present joint stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court hereby acknowledges the Parties' Joint Stipulation of Dismissal with Prejudice effective the date of filing.

Accordingly, this matter is **DISMISSED WITH PREJUDICE**, and all attorney's fees and costs shall be taxed against the Party incurring same.

All Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

SIGNED this 13th day of January, 2025.

Michael J. Truncale
United States District Judge